**Order entered August 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00609-CR

### RODOLFO CHAPA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-18-R0002-D**

## ORDER

On July 22, 2019, we ordered this appeal submitted without a reporter's record and ordered appellant's brief due. As noted by the State in its August 5, 2019 objection, this is an appeal from a judgment of the Carrollton Municipal Court in Dallas which was then appealed to the Dallas County Criminal Court of Appeals No. 1. Under the government code, the record and briefs from the County Criminal Court of Appeals No. 1 "constitute the record and briefs on appeal."

We **VACATE** our previous order to the extent it ordered appellant's brief due. The briefs are contained in the clerk's record filed May 29, 2019. This appeal is at issue and will be submitted in due course.

/s/    BILL PEDERSEN, III
        JUSTICE